

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Kidwell & Company, Inc.

Appellate case number:    01-22-00439-CV

Trial court case number:  2021-04668

Trial court:              215th District Court of Harris County

      Relator's emergency motion to stay the underlying trial court proceedings is DENIED.


Judge's signature: _____/s/ Sarah B. Landau_____
                                 Acting individually


Date: ___June 15, 2022_____